UTICA,
Aug. 1828.

SMITH *ads.* GROVER.

Starkweather
*ads.*
Carswell.

MOTION for judgment as in case of nonsuit for not proceeding to trial. It was opposed on the ground that the witness of the plaintiff was kept concealed by the procurement of the defendant, so that he could not be subpœnaed.

The motion was denied with costs.

When a witness is kept out of the way by a defendant, motion for judgment as in case of nonsuit will be denied with costs.

---

STARKWEATHER *ads.* CARSWELL.

MOTION to set aside inquest taken at the circuit. The plaintiff objected to counsel appearing for the defendant, on the ground that the affidavit of merits was defective, it being made by the defendant's attorney, who swore to merits, *as informed* by his client. The circuit judge held the affidavit to be insufficient and would not permit the counsel for the defendant to appear in the cause, though it was called in its regular order on the calendar.

When a cause is called in its regular order on the calendar, the defendant has a right to appear, tho' no affidavit of merits is filed.

*H. E. Davies,* for defendant.

*D. Tillinghast,* for plaintiff.

*By the Court,* SUTHERLAND, J. The inquest having been taken when the cause was called in its regular order on the calendar, the counsel for the defendant had a right to appear and defend, though no affidavit of merits whatever had been filed. The inquest is set aside, the costs to abide the event.